No. 68982.—Joseph A. Paredes & Co. et al. *v.* United States, protests 63/1519, etc. (San Francisco).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of rayon labels similar in all material respects to those the subject of *Bruce Duncan Co., Inc., a/c Standard Commodities Import & Export Corp.* v. *United States* (51 Cust. Ct. 27, C.D. 2409), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 29, 1964

No. 68983.—The J. D. Richardson Co. *v.* United States, protest 64/20871 (Detroit).

Opinion by DONLON, J.  Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely by virtue of section 514, Tariff Act of 1930.

BEFORE THE SECOND DIVISION, DECEMBER 30, 1964

No. 68984.—Empire Findings Co., Inc., et al. *v.* United States, protests 64/4960, etc. (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of parts of stethoscopes, which stethoscopes are similar in all material respects to those the subject of Abstract 68126, the claim of the plaintiffs was sustained.